AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Lifetime Quality Roofing and Storm Restoration, LLC<br>5005 Horizons Drive, Suite 205<br>Columbus, Ohio 43220<br><br>*Plaintiff(s)*<br>v.<br><br>Lifetime Builds & Home Restoration, LLC<br>1662 Tyler Avenue<br>Pickerington, Ohio 43147<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:24-cv-4066 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lifetime Builds & Home Restoration, LLC
1662 Tyler Avenue
Pickerington, Ohio 43147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bryan M. Pritikin
Carlile Patchen & Murphy LPA.
950 Goodale Blvd., Suite 200
Columbus, Ohio 43212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 10/17/2024