UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIFETIME QUALITY ROOFING
AND STORM RESTORATION, LLC,

    Plaintiff,

    v.

LIFETIME BUILDS & HOME
RESTORATION, LLC,

    Defendant.

Case No. 2:24-cv-4066
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Defendant Lifetime Builds & Home Restoration, LLC's Motion to Withdraw Previously Filed Motion to Dismiss. (ECF No. 24.) Defendant previously filed a *pro se* Motion to Dismiss. (ECF No. 13.) Since Defendant is a limited liability company, it cannot proceed without the assistance of counsel. *See, e.g.*, *Jackson v. Reliance Constr. Servs., LLC*, No. 1:20-cv-799, 2023 U.S. Dist. LEXIS 134799, at *4 (S.D. Ohio Aug. 2, 2023) (McFarland, J.) ("[L]imited liability companies must be represented by counsel to defend a suit."). Therefore, the Court ordered Defendant to retain an attorney. (ECF No. 16.) Soon after, counsel entered an appearance on Defendant's behalf (ECF No. 17) and filed the Motion to Withdraw now before the Court. (ECF No. 24.) "Plaintiff's counsel consented to the proposed withdrawal," says Defendant. (*Id.* PageID 89.)

Accordingly, the Motion to Withdraw (ECF No. 24) is **GRANTED**. The Clerk is **DIRECTED** to terminate the Motion to Dismiss (ECF No. 13) from the Court's docket.

This case remains open.

**IT IS SO ORDERED.**

7/10/2025　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
DATE　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE